*E-FILED - 9/28/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEU PHONG NGO,            ) | No. C 08-0620 RMW (PR) |
| )  Petitioner,          ) | JUDGMENT |
| v.                         ) | |
| BEN CURRY, Warden,         ) | |
| )  Respondent.         ) | |

The petition for writ of habeas corpus is granted.  Within thirty (30) days of the date of this order, the California Board of Parole Hearings must set a parole date for petitioner in accordance with Section 3041(a) of the California Penal Code.  Within ten (10) days thereafter, respondent must file a notice with the Court indicating whether petitioner was released on parole.

Judgment is entered in favor of petitioner.

IT IS SO ORDERED.

Dated:  9/28/10

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Ngo620jud.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Ngo620jud.wpd          2